UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEVIN BUTLER,<br><br>            Plaintiff,<br><br>      vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>            Defendant. | CASE NO. EDCV 08-1155 AGR<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: January 29, 2010

                                              _____
                                              ALICIA G. ROSENBERG
                                              UNITED STATES MAGISTRATE JUDGE